HUDSON, *et al.* V. VAUGHN, *et al.*

*Ejectment.*

(Decided April 28th, 1906. 40 So. Rep. 757.)

APPEAL from Marengo Circuit Court.

Heard before HON. A. H. ALSTON.

WILLIAM CUNNINGHAM, for appellant.

No counsel marked for appellee.

Affirmed.

Opinion by DOWDELL, J.

HARALSON, ANDERSON and DENSON, JJ., concur.

---

PRICE V. WORKMAN PUBLISHING CO.

*New Trial.*

(Decided April 30th, 1906. 40 So. Rep. 824.)

APPEAL from Bessemer Sity Court.

Heard before HON. AUGUSTUS BENNERS, Special Judge

PINKNEY SCOTT, for appellant..

ESTES & SMITH, for appellee.

Appeal dismissed.

Opinion by WEAKLEY, C. J.

HARALSON, DOWDELL and DENSON, JJ., concur.

---

ODOM V. THE STATE.

*Crime.*

(Decided April 19th, 1906. 40 So. Rep. 824.)

APPEAL from Clarke Circuit Court.

Heard before HON. JOHN C. ANDERSON.

No counsel for appellant.

MASSEY WILSON, Attorney General, for State.

Reversed and remanded.

HARALSON, DOWDELL and DENSON, JJ., concur.